```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                  Plaintiff,

        - against -

RONALD ADAMS,

                  Defendant.

**23 Cr. 109 (VM)**
**23 Cr. 618 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing proceeding in these matters, currently scheduled for January 25, 2024, is hereby **RESCHEDULED** for January 24, 2024 (i.e., one day earlier) at 10 AM.

**SO ORDERED.**

Dated:    22 January 2024
           New York, New York

                          Victor Marrero
                            U.S.D.J.